O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWNE FLETCHER, | ) | Case No. CV 14-8933 JGB(JC) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| CYNTHIA TAMPKINS, | ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that the Petition for Writ of Habeas Corpus and Supplement to Petition for Writ of Habeas Corpus, and this action are dismissed without prejudice for lack of prosecution.

///
///
///
///
///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
Report and Recommendation, and the Judgment herein on petitioner and on
counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 28, 2015

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE