JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWNE FLETCHER, | ) | Case No. CV 14-8933 JGB(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CYNTHIA TAMPKINS, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus, the Supplement to Petition for Writ of Habeas Corpus, and this action are dismissed without prejudice.

DATED: December 28, 2015

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE